Argued and submitted March 7, appeal dismissed June 21, 1996

OREGON EDUCATION ASSOCIATION,
a Labor Organization;
Robert Crumpton; and Bruce Adams,
*Appellants / Cross-Respondents,*

*v.*

Phil KEISLING,
Secretary of State of Oregon,
*Respondent,*

*and*

Bill SIZEMORE,
Jeanette Basl, and Barbara Ash,
*Respondents / Cross-Appellants.*

(CC 93C-12165; SC S42423)

918 P2d 803

Paul B. Gamson, of Smith, Gamson, Diamond & Olney, Portland, argued the cause and filed the briefs for appellants/cross-respondents.

Thomas A. Balmer, Assistant Attorney General, Salem, argued the cause for respondent Keisling. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

No appearance for respondents/cross-appellants Sizemore, Basl, and Ash.

MEMORANDUM OPINION

In the light of the majority's result in *Oregon State Police Officers' Assn. v. State of Oregon,* 323 Or 356, 918 P2d 765 (1996), consideration of the issues in this case is moot. Appeal dismissed.